## Silas Glasscock v. The State.

### No. 4155. Decided October 11, 1916.

**Matching Money—Indictment—Companion Case.**

   Where, upon trial of gaming by matching money for the drinks, the questions raised upon appeal were decided adversely to the appellant in a companion case, which held the indictment to be sufficient, and the charge of the court proper, etc., the judgment is affirmed. Davidson, Judge, dissenting.

Appeal from the County Court of Fisher. Tried below before the Hon. M. A. Hopson.

Appeal from a conviction of gaming by matching money for the drinks, etc.; penalty, a fine of ten dollars.

The opinion states the case.

*L. H. McCrea* and *Joe C. Randel,* for appellant.—Cited Berry v. State, 49 Texas Crim. Rep., 376; Ellis v. State, 58 Texas Crim. Rep., 319, and cases in companion case.

*C. C. McDonald,* Assistant Attorney General, for the State.

PRENDERGAST, Presiding Judge.—This is a companion case with that of No. 4154 against Pat Wilson, this day decided, and also with two cases, 4156-4157, against Carl Ellis.

There is no distinguishing feature between this and said Wilson case. The opinion in the Wilson case decides all questions in this, and is applicable thereto.

The judgment is affirmed.                              *Affirmed.*

DAVIDSON, Judge (dissenting).—See Pat Wilson v. State, this day decided.